# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 4:15-CR-194** |
| | : | |
| v. | : | **(Chief Judge Conner)** |
| | : | |
| **BRIAN KEITH ROBINSON** | : | |

## ORDER

AND NOW, this 2nd day of March, 2016, upon consideration of defendant's opposed motion for order permitting defendant to attend viewing and funeral (Doc. 50), it is hereby ORDERED that said motion is DENIED.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania